Mary E. McCutcheon (State Bar No. 099939)
Alexander E. Potente (State Bar No. 208240)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
INDIVOS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INDIVOS CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INS. CO., an Illinois Corporation,<br><br>Defendant. | Case No. CV 05-2094 SI<br><br>**NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiff Indivos Corporation ("Indivos") and Defendant Illinois Union Insurance Company stipulate to voluntarily dismiss the entire, above-captioned action, as the parties have executed an agreement to arbitrate this matter. The parties request that dismissal be entered without prejudice to either party's right later to enter any award issued in the stipulated arbitration. All parties who have appeared in this action have stipulated to this voluntary dismissal in compliance with Fed. R. Civ. Proc. 41(a)(1)(ii).

Concurrence with this filing was obtained from Randall Block in compliance with General Order No. 45, Section X.

//

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

18320\785854.1

NOTICE OF VOLUNTARY DISMISSAL – CV 05-2094 SI

SO STIPULATED:

DATED: December 1, 2005      FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
    Alexander E. Potente

Attorneys for Plaintiff
INDIVOS CORPORATION

DATED: December 1, 2005      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
    Randall Block

Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

IT IS SO ORDERED:

DATED: _____ _____

*IT IS SO ORDERED — Judge Susan Illston, United States District Court, Northern District of California*

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

- 2 -

18320\785854.1

NOTICE OF VOLUNTARY DISMISSAL – CV 05-2094 SI